248 P.3d 193

**In re THOMAS R.**

**No. CV–10–0232–PR.**

Supreme Court of Arizona.

Jan. 4, 2011.

ORDERED: Petition for Review of an Opinion of the Court of Appeals=DENIED.

FURTHER ORDERED: Paragraphs 33–38 of the Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.